UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIDE OLEO MEXICANA S.A. DE C.V.; MARTIN PIŃA; FRANCISCO JANIRIO MORALES,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>CAPSTONE; CAPSTONE CAPITAL, LLC; CAPSTONE CREDIT LLC; PRIDE OIL AMERICANA; JOSEPH F. INGRASSIA; DANIEL J. HAHN,<br><br>                              Defendants. | 1:21-CV-6743 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 20, 2021, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff Pińa has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated:  September 20, 2021
        New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge